## JUNE 13, 2005

No. 04–585. KLINGLER ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED *v.* DIRECTOR, DEPARTMENT OF REVENUE, STATE OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Tennessee* v. *Lane,* 541 U. S. 509 (2004), and *Gonzales* v. *Raich, ante,* p. 1.